UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONGGUAN GUANKUN TRADING CO., LTD., et al.,

                    Plaintiffs,

v.

THE ESTATE OF BILLY CHEN, et al.,

                    Defendants.

24 Civ. 4573 (DEH)

**ORDER**

---

DALE E. HO, United States District Judge:

On August 22, 2024, Defendant Global Fashion Icon Inc., filed a motion to dismiss. *See* ECF No. 96. Under the Court's Individual Practices in Civil Pro Se Cases, Plaintiff's opposition to the motion was due on September 6, 2024. From the Court's review of the docket, Plaintiff has not filed an opposition.

It is hereby **ORDERED** that Plaintiff's deadline to file an opposition to Defendant's motion is **EXTENDED** to **September 17, 2024.** If such an opposition is filed, Defendant shall file their reply by **September 24, 2024.** If no such opposition is received, Defendant's motion to dismiss will be deemed fully briefed and adjudicated.

SO ORDERED.

Dated: September 10, 2024
       New York, New York

                                          DALE E. HO
                                  United States District Judge