UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONGGUAN GUANKUN TRADING CO., LTD., et al.,<br><br>                           Plaintiffs,<br><br>v.<br><br>THE ESTATE OF BILLY CHEN, et al.,<br><br>                           Defendants. | 24-CV-4573 (DEH)<br><br>**<u>ORDER</u>** |

DALE E. HO, United States District Judge:

On September 11, 2024, Defendant Global Fashion Icon Inc. and non-party Shu Chung "Jerry" Lau (collectively "Defendants") filed an Emergency Motion for Temporary Restraining Order ("TRO") to stay discovery proceedings. *See* ECF No. 100, 101. In the Second Circuit, the standard for issuance of a TRO is the same as the standard for a preliminary injunction. *See Fairfield Cnty. Med. Ass'n v. United Healthcare of New England*, 985 F. Supp. 2d 262, 270 (D. Conn. 2013), *aff'd Fairfield Cnty. Med. Ass'n v. United Healthcare of New England, Inc.*, 557 F. App'x 53 (2d Cir. 2014). The irreparable harm requirement is the "single most important prerequisite" for a preliminary injunction to issue. *Faiveley Transp. Malmo AB v. Wabtec Corp.*, 559 F.3d 110, 118 (2d Cir. 2009). Defendants cite no authority in support of their assertions of irreparable harm that would merit entry of a TRO, and the Court finds none. The Court will adjudicate their pending motions to quash, *see* ECF No. 97, in due course.

The Clerk of Court is respectfully directed to close ECF No. 101.

SO ORDERED.

Dated: September 11, 2024
       New York, New York

                                                              _____
                                                              DALE E. HO
                                                              United States District Judge