UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dongguan Guankun Trading Co., Ltd., et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>The Estate of Billy Chen, et al.,<br><br>                      Defendants. | 24-CV-4573 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The parties are advised that the dial-in information for the conference scheduled for **Tuesday, February 25, at 10:00 AM** has changed. The parties should join the conference by dialing (646) 453-4442 and entering the conference ID: **384 792 768**, followed by the pound sign (#).

The parties should be prepared to discuss the ongoing discovery disputes with precision as to the specific categories of discovery sought by Plaintiffs.

    SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                                  DALE E. HO
                                       United States District Judge