UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONGGUAN GUANKUN TRADING CO., LTD., et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE ESTATE OF BILLY CHEN, et al.,<br><br>                    Defendants. | 24-CV-4573 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court held a case management conference in this matter on February 25, 2025. The Court construes the parties' discovery letters (ECF Nos. 165, 166) as briefing on a motion to compel responses to Plaintiffs' interrogatories and requests for production of documents.

The Court **DENIES without prejudice** the motion to compel responses to the interrogatories. Plaintiffs' interrogatories in their current form are overly broad and disproportionate to the needs of the case.

The Court **GRANTS IN PART** and **DENIES IN PART** the motion to compel the production of documents. The motion to compel is **GRANTED** to the extent that Plaintiffs seek documents in the following categories: (1) corporate resolutions; (2) employee lists and organizational charts; (3) lease agreements; (4) documents signed by Billy Chen, Guanmei Chan, or Pulian Lee; and (5) communications with respect to purchase orders between Global and the alleged affiliated entities. As to all other requests, the motion to compel is **DENIED without prejudice** to a subsequent showing that *specific* categories of documents are relevant and proportional to the needs of the case.

For the reasons stated on the record, Defendant Global Fashion Icon Inc.'s ("Global") First Motion to Quash (ECF No. 97) is **GRANTED IN PART** and **DENIED IN PART**. The motion to quash is **GRANTED** as to the subpoena on Global and **DENIED** as to the subpoenas on non-parties. As stated on the record, Global's Second Motion to Quash (ECF No. 105) is **DENIED**.

The parties are directed to meet and confer and, by **February 28, 2025**, submit a revised case management plan and scheduling order for the Court's approval.

The Clerk of Court is respectfully directed to terminate ECF Nos. 97 and 105.

SO ORDERED.

Dated: February 25, 2025
New York, New York

DALE E. HO
United States District Judge