UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONGGUAN GUANKUN TRADING CO., Ltd., et al.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>THE ESTATE OF BILLY CHEN, et al.,<br><br>                Defendants. | 24-CV-4573 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties are required to file joint updates on the status of discovery and whether a settlement conference with the undersigned or referral to Court-annexed mediation would be productive. (*See* ECF 178.) The parties have not filed the updates that were due on June 30, 2025, and on July 14, 2025. I am sua sponte extending the deadline for the update nunc pro tunc until **5:00 PM** on **July 21, 2025**.

DATED:    New York, New York
              July 18, 2025

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge