# FONG & WONG and WU PLLC

ATTORNEYS AT-LAW | FWWLAWYERS.COM

BROOKLYN:
802 64th Street, Suite 2A
Brooklyn, NY 11220
(718) 567-8888 | (718) 567-8883

**The unopposed motion to stay discovery (ECF 181) is GRANTED pending a decision on Defendants' motion to dismiss.**

July 18, 2025

The Hon. Robyn F. Tarnofsky, Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**The Clerk of Court is respectfully requested to terminate ECF 181.**

**Date: July 28, 2025
New York, NY**

SO ORDERED
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re: Dongguan Guankun Trading Co., Ltd. et al v. Chen et al
Case No.: 1:24-cv-4573(DEH)(RFT)
 **Request For Stay of Discovery In Response to The Court's June 12, 2025 Order**

Greetings Hon. Magistrate Judge Tarnofsky:

This firm represents Defendants Global Fashion Icon Inc. and Defendant Jeanette Lau (collectively referred to in this letter motion as "Defendants") in the above referenced matter. The Defendants' submit this letter application requesting a Stay of Discovery pending the determination of their respective Motions to Dismiss Plaintiffs' Second Amended Complaint, pursuant to Your Honor's June 12, 2025 Order.

"Rule 26(c) of the Federal Rules of Civil Procedure permits a court to stay discovery 'for good cause shown.'" Izuogu v. Credit Agricole Corp. & Inv. Bank, No. 24-CV-4329 (DEH) (RFT), 2024 WL 4903723, at *1 (S.D.N.Y. Nov. 27, 2024). "When determining whether discovery should be stayed pending a decision on a motion to dismiss, courts consider the breadth of the discovery being sought and the burden of responding to the discovery requests, the strength of the motion to dismiss, and the prejudice to the party opposing the stay. Id. (citations omitted).

**A. STRENGTH OF MOTIONS TO DISMISS**

"The strength of the underlying motion[s] to dismiss … counsels in favor of granting a stay." Id. Here, Defendants' motions to dismiss are "not unfounded in the law." Id. The Plaintiffs have clearly failed to state a claim against Global and Ms. Lau. Defendants' respective memorandum of law in support of their motions to dismiss provide "substantial arguments for dismissal of … all … of the claims set out in the Complaint." Id. "Because the motion[s] to dismiss may be dispositive of some or all of Plaintiff[s'] claims, which could narrow or eliminate the need for discovery, this factor weighs in favor of granting a stay." Id.

**B. NO PREJUDICE TO THE OTHER SIDE**

Plaintiffs cannot demonstrate they will suffer prejudice if Your Honor stays discovery pending determination of the outstanding motions to dismiss. In the case at bar, Plaintiffs requested expediated discovery before Defendants responded to Plaintiffs' Complaint. In so doing, Plaintiffs portrayed a sense of urgency. However, Plaintiffs' actions during discovery have betrayed this portrayal. For example, Plaintiffs failed to file a Proposed Second Amended Complaint until the end of the deadline to amend without good cause and as Your Honor noted in the June 12, 2025 Order, Plaintiffs did not request to extend discovery deadlines until "days before the previously scheduled close of discovery." Furthermore, Plaintiffs failed to file status report letters with the Court on June 30 and July 14, 2025.

**C. PLAINTIFFS' REQUESTS CONSTITUTE A TRUE FISHING EXPEDITION**

The Plaintiffs are using discovery as a fishing expedition to conduct post-judgment discovery, before a judgment has been entered, and to drum up facts to support any colorable claim against the Defendants. The Plaintiffs are suing the other defendants for breach of express contracts and agreements, and are claiming alter ego/ veil piercing liability against the Defendants.

**CONCLUSION**

For the reasons stated above, Defendants respectfully submit that Your Honor stay discovery pending District Judge Ho's determination of Defendants' motion to dismiss.


Respectfully,

*/s/ Peter Sverd*
Peter Sverd, Esq.
Fong & Wong and Wu, PLLC
*Attorneys for Co-Defendants GLOBAL FASHION ICON INC.,*
*& Jeanette Lau*
802 64TH Street, Suite 2A
Brooklyn, NY 11220
646-751-8743
Psverd@fwwlawyers.com

To: All Sides by ECF Only