UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dongguan Guankun Trading Co., Ltd., et al., <br><br>                    Plaintiffs, <br><br> v. <br><br> The Estate of Billy Chen, et al., <br><br>                    Defendants. | 24-CV-4573 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

In light of the stay of discovery entered by Magistrate Judge Tarnofsky, *see* ECF No. 185, the Clerk of Court is respectfully directed to STAY this case and all conferences and deadlines pending the Court's resolution of Defendants' motion to dismiss, ECF No. 160.

Specifically, for the avoidance of doubt, the case management conference previously scheduled for September 16, 2025 is ADJOURNED sine die.

SO ORDERED.

Dated: September 15, 2025
       New York, New York

                                          _____
                                                    DALE E. HO
                                           United States District Judge