UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONGGUAN GUANKUN TRADING CO., Ltd., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>THE ESTATE OF BILLY CHEN, et al.,<br><br>　　　　　　　　　Defendants. | 24-CV-4573 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 24, 2026, I ordered the parties to file monthly updates on the status of discovery, including on May 4, 2026. (*See* ECF 190.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **May 8, 2026.**

DATED:　　　May 5, 2026
　　　　　　　New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge