UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONGGUAN GUANKUN TRADING CO., Ltd., et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>THE ESTATE OF BILLY CHEN, et al.,<br><br>Defendants. | 24-CV-4573 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference on June 5, 2026, the deadline for completing discovery in this case is extended nunc pro tunc until **August 14, 2026**. The parties shall file joint updates on the status of discovery and the status but not the substance of any settlement talks on **June 30**, **July 31**, and **August 14, 2026**.  **By June 11, 2026**, the parties shall reach out to the mediator to schedule another mediation session for September 2026.

The Clerk of Court is respectfully requested to restore Mr. Chen as the attorney of record for Plaintiffs.

Dated:        June 9, 2026
                   New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge