UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONGGUAN GUANKUN TRADING CO., Ltd., et al.,

Plaintiffs,

-against-

THE ESTATE OF BILLY CHEN, et al.,

Defendants.

24-CV-4573 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On August 25, 2026, I ordered the Defendants to file a letter by August 31, 2026, indicating whether they intend to seek a protective order in connection with Plaintiffs' request for production of corporate tax returns. The Defendants have not complied.

Accordingly, I am sua sponte extending the deadline for Defendants to file their letter until **September 3, 2026**.

Dated: September 1, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge