UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONGGUAN GUANKUN TRADING CO., Ltd., et al.,

Plaintiffs,

-against-

THE ESTATE OF BILLY CHEN, et al.,

Defendants.

24-CV-4573 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on September 16, 2026:

1. Defendants' motion for a protective order allowing Defendants to withhold all portions of their corporate tax returns (ECF 303) is **DENIED**; so too is the motion as modified during the conference to allow Defendants to withhold all portions of their corporate tax returns other than schedules identifying Defendants' members. Defendants' argument that there is no compelling need for the tax returns because Plaintiffs have obtained Defendants' bank records through subpoenas is unpersuasive. As Plaintiffs explained at the conference, the tax returns contain information about, among other issues, whether Defendants are claiming independent sources of income and payment of certain expenses that are not reflected in the bank statements. This information is clearly relevant to Plaintiffs' effort to pierce the corporate veil and is not available elsewhere. The tax returns shall be produced pursuant to the confidentiality order in this matter (ECF 116) on or before **September 18, 2026**.

2. Ms. Zheng shall appear for deposition in her capacity as the corporate representative of each of the three corporate Plaintiffs on **September 24, 2026** and **September 28, 2026**. Defendants' time to depose her in her corporate capacity is limited to four hours on the record for each corporate Plaintiff, for a total of 12 hours on the record. If Plaintiffs' counsel declines to accept service of a deposition subpoena for Ms. Zheng in her individual capacity, Defendants may serve Ms. Zheng with a deposition subpoena in her individual capacity at the deposition to be held on **September 24, 2026**, at which she will be appearing in her corporate capacity; absent a motion to quash the anticipated deposition subpoena, Ms. Zheng's deposition in her individual capacity shall take place on **September 28, 2026**, after the completion of her deposition in her capacity as corporate representative of the three corporate Plaintiffs. To the extent that Defendants' counsel does not complete his deposition of Ms. Zheng in her individual capacity in two hours of questioning on the record, plus whatever any amount of time on the record he does not use from the four hours allotted to his deposition of each of the three corporate Plaintiffs, Defendants' counsel may seek additional time to depose Ms. Zheng in her individual capacity by filing a letter-motion by noon on **September 29, 2026**; any opposition by Ms. Zheng shall be filed by 9:00am on **September 30, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 303.

Dated: September 16, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE