UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONGGUAN GUANKUN TRADING CO., Ltd., et al.,

Plaintiffs,

-against-

THE ESTATE OF BILLY CHEN, et al.,

Defendants.

24-CV-4573 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on October 16, 2026:

1. The parties advised the Court that depositions are complete.
2. Defendants shall serve any post-deposition document requests by **October 19, 2026**.
3. All post-deposition document production shall be completed by **November 16, 2026**.
4. I will issue a separate order with a renewed mediation referral Defendants are ordered to attend the mediation, on pain of sanctions.

Dated: October 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge