UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONGGUAN GUANKUN TRADING CO., Ltd., et al.,

Plaintiffs,

-against-

THE ESTATE OF BILLY CHEN, et al.,

Defendants.

24-CV-4573 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is counsel for co-defendants Global Fashion Icon Inc., Shu Chung Lau, and Jeanette Lau's motion to withdraw as counsel (ECF 315). The outgoing law firm shall indicate whether it is lodging any liens in connection with its representation by filing a letter on the docket by **October 23, 2026** in accordance with Local Civil Rule 1.4(b).

Additionally, a conference to discuss the matter is scheduled for **Monday, October 26, 2026 at 3:00 pm**. Outgoing counsel and co-defendants must attend, and Plaintiff's counsel may attend but is not required to do so. The parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 368 610 799#.

Dated: October 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge