UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

DONGGUAN GUANKUN TRADING CO., LTD., DONGGUAN ZHUOYING APPAREL CO., LTD., DONGGUAN ZHUOSHENG TEXTILE CO., LTD,
Plaintiffs,

-against-

THE ESTATE OF BILLY CHEN, GLOBAL FASHION ICON INC., FASTLANE GROUP INC., AHCOF INTERNATIONAL DEVELOPMENT CO., LTD., ZHONGKE SCIENTIFIC AND TECHNICAL CO., INC., BILCO INDUSTRIES INC., BILCO IMPORT & EXPORT INC., B.C.L. ENTERPRISES INC., ANEW INDUSTRIES GROUP INC, ANEWRISE TRADING INC., NEW EAGLE ENTERPRISES INC., SHU CHUNG LAU, JEANETTE LAU, PUILAN LEE, XYZ Corp., 1-10, and DOES 1 to 10, inclusive;
Defendants.

---------------------------------------------------------------------------X

Case No.:1:24-cv-4573(DEH)(RFT)

**REQUEST FOR ADJOURNMENT FROM SHUN CHUNG LAU**

**TO:** The Honorable Robyn F. Tarnofsky, United States Magistrate Judge

Dear Judge Tarnofsky:

I, Shun Chung Lau, am one of the defendants in the above captioned matter. I am writing to respectfully request an adjournment of my upcoming court appearance currently scheduled for Monday, October 26, 2026, at 3:00 p.m.

I am unable to attend court on this date due to a necessary, pre-scheduled medical procedure that must be performed in a hospital setting. This surgical diagnostic procedure was scheduled several weeks ago and cannot be easily rescheduled.

Furthermore, the procedure requires the administration of general anesthesia. Because I will be under general anesthesia during the procedure and subject to postoperative recovery restrictions immediately afterward, it is physically and medically impossible for me to attend court or participate in the proceedings on that day.

I respectfully request that the Court grant a continuance and reschedule this appearance. If convenient for the Court, I am available on Thursday, October 29, 2026, or Friday, October 30, 2026, at any time at or after 3:00 p.m., or on a subsequent date deemed appropriate by the Court.

Thank you for your time and consideration of this request.

Dated: Brooklyn, New York
October 20, 2026

Shu Chung Lau
Staten Island, NY 10305
93 Narrows Road NB
(347)713-4305
Jerrylaucase@gmail.com

Application GRANTED. The conference to discuss ECF 315 will now be held on **October 29, 2026 at 3:00 pm**. Outgoing counsel and co-defendants must attend, and Plaintiffs counsel may attend but is not required to do so. The parties are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 368 610 799#.

The Clerk of Court is respectfully requested to terminate ECF 317.

Dated: October 21, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE