UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONGGUAN GUANKUN TRADING CO., Ltd., et al.,

Plaintiffs,

-against-

THE ESTATE OF BILLY CHEN, et al.,

Defendants.

24-CV-4573 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are letter-motions by counsel for Defendants Global Fashion Icon, Shu Chung Lau, and Jeanette Lau to withdraw from the representation. (ECF 320, 321.) Those Defendants and Attorneys Sverd and Wong appeared at the telephonic status conference held on October 29, 2026. As discussed at the conference:

1. Mr. Lau and Ms. Lau agreed to go forward with mediation on **November 24, 2026**, which is one of the dates Plaintiffs have said they are available.
2. By **October 30, 2026**, Mr. Lau and Ms. Lau shall each file a notice of pro se appearance by emailing the form, attached to this order, to ProSe@nysd.uscourts.gov. Mr. Lau and Ms. Lau said they understand that Global Fashion Icon cannot litigate this case without a lawyer because it is not a natural person. Mr. Lau and Ms. Lau said they understand that if they do not find new lawyers for Global Fashion Icon, the Court may enter a default judgment against Global Fashion Icon.

3. It is my expectation that, once the notice of pro se appearance for Mr. Lau and Ms. Lau is docketed, I will grant the pending motions for Mr. Sverd and Mr. Wong to withdraw as counsel for Mr. Lau, Ms. Lau, and Global Fashion Icon.

Dated: October 29, 2026
New York, NY

SO ORDERED.

______________________________

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

______________________________________

______________________________________

Write the first and last name of each plaintiff.

Case No. ______ CV ______________

-against-

**NOTICE OF PRO SE APPEARANCE**

______________________________________

______________________________________

______________________________________

______________________________________

Write the first and last name of each defendant.

I, ______________________________ ,

am a defendant in this action and hereby appear pro se. All future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

| | |
|---|---|
| Executed on (date) | Signature |
| Name | Prison Identification # (if incarcerated) |

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number (if available) | E-mail Address (if available) |